**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME LAMAR GENTERY,<br><br>        Petitioner,<br><br>    v.<br><br>RICK HILL, Warden,<br><br>        Respondent. | Case No. 1:14-cv-00212-BAM-HC<br><br>ORDER REQUIRING PETITIONER TO SUBMIT WITHIN THIRTY (30) DAYS A SIGNED DECLARATION CONCERNING THE PETITION (Doc. 1) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is the petition, which was filed on February 7, 2014, and transferred to this Court on February 18, 2014.

    A review of the petition reveals that Petitioner did not sign or date the petition.

    Local Rule 131 requires a document submitted to the Court for filing to include an original signature.  In addition, Rule 2

1

of the Rules Governing Section 2254 Cases in the United States District Courts (Habeas Rules) requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a separate document stating that he submitted the petition to the Court and verifying its contents to be true under penalty of perjury of the laws of the United States.[1]  Petitioner must sign the document under penalty of perjury; the document should contain an original signature.  Petitioner must state the date on

---

[1] Title 28 U.S.C. § 1746 provides:

> Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:
>
> (1) If executed without the United States:
>
> "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).
>
>                         (Signature)".
>
> (2) If executed within the United States, its territories, possessions, or commonwealths:
>
> "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).
>
>                         (Signature)".

which he signed the document.  Petitioner is GRANTED thirty (30) from the date of service of this order to comply with the Court's directive.

Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: __**February 19, 2014**__           /s/ *Barbara A. McAuliffe*  
                                            UNITED STATES MAGISTRATE JUDGE

3